# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No. SA CV 19-02460-DOC-JDE  Date: April 17, 2020

Title: JWANG INVESTMENTS, LLC. V. FEMTOBLANC, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING CASE**

As detailed in Plaintiff's state court Complaint (Dkt. 1-1) and Defendant's Notice of Removal (Dkt. 1), this action arises out of an unlawful detainer action initiated in Orange County Superior Court and removed to this Court. Having considered the underlying state court action and Defendant's Notice of Removal (Dkt. 1), the Court now finds that no basis for federal jurisdiction obtains in this matter. Diversity jurisdiction does not exist, as the amount in controversy does not exceed $75,000. The case is therefore **REMANDED** to state court.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                         Initials of Deputy Clerk: kd

CIVIL-GEN